UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVONNE A. BLANCO,

                Plaintiff,

    -against-

ERIC JORDAN,

                Defendant.

21-CV-4903 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued October 25, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    October 25, 2021
             New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge